**Todd A. Stubbs, Esq.**
**STUBBS LAW, P.C.**
102 W. Main Street, Ste. B
P.O. Box 169
Manhattan, Montana 59741
Phone: 406.282.0515
Facsimile: 406.284.4042
Email: law@stubbslawpc.com
*Attorney for Mid-Continent Casualty Co.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| MID CONTINENT CASUALTY CO., <br><br> Plaintiff, <br><br> vs. <br><br> ALAN ENGELKE; STATE FARM FIRE AND CASUALTY CO.; DRY PRAIRIE RURAL WATER AUTHORITY; AND DOES 1-10, <br><br> Defendants. | Case No. 1:17-CV-00041-SPW <br><br><br> **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, Plaintiff, Mid-Continent Casualty Company ("Mid-Continent"), by and through its counsel of record, Todd A. Stubbs, and pursuant to the Federal Rules of Civil Procedure 7.1, hereby certifies that American Financial Group, Inc., and Great American Holding, Inc., are parent companies to Mid-Continent.

DATED this 5th day of April, 2017.

                        STUBBS LAW, P.C.

           By:    */s/ Todd A. Stubbs*
                  Todd A. Stubbs, Esq.
                  *Attorney for Mid-Continent Casualty Co.*

# CERTIFICATE OF SERVICE

This is to certify that the above and foregoing was duly served upon the following person(s) by the means indicated below on the 5th day of April, 2017, as follow, to-wit:

    1,2,3     CM/ECF
 _____   Hand Delivery
 _____   Email
 _____   Facsimile
 _____   US Mail

1.  Clerk of Court

2.  Martha Sheehy
    SHEEHY LAW FIRM
    P.O. Box 584
    Billings, MT 59103-0584
    *Attorney for State Farm Fire & Casualty Company*

3.  Calvin J. Stacey
    STACEY, FUNYAK & KAUTZ
    100 North 27th Street
    P.O. Box 1139
    Billings, MT 59103-1139
    *Attorney for Alan Engelke*

                              STUBBS LAW, P.C.

                    By:    */s/ Todd A. Stubbs*
                           Todd A. Stubbs, Esq.
                           *Attorney for Mid-Continent Casualty Co.*