

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID CONTINENT CASUALTY COMPANY, | CV 17-41-BLG-SPW |
| Plaintiff, | |
| | ORDER |
| vs. | |
| ALAN ENGELKE, STATE FARM FIRE & CASUALTY COMPANY, DRY PRAIRIE RURAL WATER AUTHORITY, AND DOES 1-10, | |
| Defendants. | |

Upon Defendant, State Farm Fire & Casualty Company's Unopposed Motion to Reschedule Preliminary Pretrial Conference (Doc. 13), and for good cause being shown,

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference currently set for Friday, May 26, 2017 at 10:00 a.m. is **VACATED** and **RESET** for **Friday, June 2, 2017 at 1:30 p.m.** All other deadlines outlined in the Court's Order of March 29, 2017 (Doc. 4) shall remain in effect.

DATED this 8th day of March, 2017.

SUSAN P. WATTERS
United States District Judge

1