

FILED

JUL 3 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID CONTINENT CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN ENGELKE, STATE FARM FIRE & CASUALTY COMPANY, DRY PRAIRIE RURAL WATER AUTHORITY, and DOES 1-10,<br><br>Defendants. | CV 17-41-BLG-SPW<br><br>ORDER |

Before the Court are Defendant Dry Prairie's Motion *in Limine* Re: Late Produced Discovery (Doc. 63) and Insurance (Doc. 65). In light of this Court's June 27, 2018, Order, granting Dry Prairie summary judgment, the motions are DENIED as moot.

DATED this 2nd day of July 2018.

SUSAN P. WATTERS
United States District Judge

1