

FILED

NOV 0 1 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID CONTINENT CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN ENGELKE, STATE FARM FIRE & CASUALTY COMPANY, DRY PRAIRIE RURAL WATER AUTHORITY, AND DOES 1-10,<br><br>Defendants. | CV 17-41-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that Counsel shall conduct the voir dire at trial in this matter. Each party shall have one hour for voir dire.

The Clerk of Court is directed to notify all parties of the making of this Order.

DATED this 31st day of October, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1