UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

NOV 13 2018

Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| MID CONTINENT CASUALTY COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>ALAN ENGELKE,<br><br>     Defendant. | CV-17-41 -BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for

the jurors in the above entitled case.

DATED this 13th day of November, 2018.

Honorable Susan P. Watters
United States District Judge