UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID CONTINENT CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAN ENGELKE,<br><br>　　　　　Defendant. | Case No. CV-17-41 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

**X**　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　　　JUDGMENT IN FAVOR OF DEFENDANT ALAN ENGELKE AGAINST PLAINTIFF MID CONTINENT CASUALTY COMPANY.

　　Dated this 15th day of November, 2018.

　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　By: /s/ Amanda Carrillo
　　　　　　　　　　　　　　Deputy Clerk